JAMESTOWN WOOD FINISHING COMPANY, INC., Appellant, *v.* PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.

MARY C. MONTGOMERY, Appellant, *v.* PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.

Argued March 11, 1938; decided April 12, 1938.

*James A. Hughes* and *Benjamin S. Dean* for appellants. *McKinley L. Phillips* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.